# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **DANIEL RUSK,** | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 5:21-cv-00644-LCB |
| **CITY OF HUNTSVILLE, JUSTIN BARCLAY,** | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Daniel Rusk and defendant Sergeant Justin Barclay, by and through their respective counsel of record, stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this action may be dismissed as to this defendant with prejudice, each party to bear their own costs.

s/ Nathan W. Kellum
Nathan W. Kellum

CENTER FOR RELIGIOUS EXPRESSION
699 Oakleaf Office Lane, Suite 107
Memphis, TN 38117
(901) 684-5485 – Telephone
(901) 684-5499 – Fax
Email: nkellum@crelaw.org

Attorney for Plaintiff Daniel Rusk

                                                      s/ Jason Tingle
                                                      Jason Tingle

JAUREGUI & LINDSEY, LLC
244 Inverness Center Dr.
Suite 200
Birmingham, AL 35242
205-909-2233 − Telephone
205-970-3886 – Fax
jtingle@jandllawfirm.com

Attorney for Plaintiff Daniel Rusk


                                                      s/ David J. Canupp
                                                      David J. Canupp

LANIER FORD SHAVER & PAYNE, P.C.
P. O. Box 2087
2101 West Clinton Avenue, Suite 102 (35805)
Huntsville, AL 35804
Phone: 256-535-1100 / Fax: 256-533-9322
E-mail:  djc@LanierFord.com

Attorney for Defendants City of Huntsville and Justin Barclay